UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CARMEN SCOTT,

                      Plaintiff,

  -against-

JO ANNE B. BARNHART, Commissioner
of Social Security,

                    Defendant.
-----------------------------------------------------------------X

JUDGMENT
03-CV- 1556 (CBA)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 8 2005 ★
P.M. _____
TIME A.M. _____

     An Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on June 7, 2005, remanding the case to the Commissioner for further proceedings, for the reasons stated on the record on June 6, 2005; and directing the Administrative Law Judge to further develop the record regarding plaintiff's past relevant work experience and to clarify his finding that plaintiff could not perform sedentary work in light of his statement that plaintiff could not stand/or walk *less than 2 hours* in an 8-hour day; it is

     ORDERED and ADJUDGED that the case is remanded to the Commissioner for further proceedings, for the reasons stated on the record on June 6, 2005; and that the Administrative Law Judge is directed to further develop the record regarding plaintiff's past relevant work experience and to clarify his finding that plaintiff could not perform sedentary work in light of his statement that plaintiff could not stand/or walk *less than 2 hours* in an 8-hour day.

Dated: Brooklyn, New York
       June 07, 2005

                                            /s/
                               ROBERT C. HEINEMANN
                               Clerk of Court